

1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12                  Plaintiff,

vs.

13 KAREN MARLENE VILLALPANDO (2),

14

15              Defendant.

CASE NO.  15CR0180-BTM

**JUDGMENT AND ORDER OF
DISMISSAL OF INFORMATION**

16

17        Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the

18 Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held

19 by the U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

       **IT IS SO ORDERED**.

20        Dated: _1/19/16_ .

21

22

23                       ~~HONORABLE KAREN S. CRAWFORD~~
                      **United States Magistrate Judge**

24

25

26

27

28